■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBINSON RUIZ, Appellant.—Judgment unanimously affirmed. Memorandum: Viewing the evidence, as we must, in the light most favorable to the People and indulging in all reasonable inferences in their favor (see, People v Ford, 66 NY2d 428, 437; People v Malizia, 62 NY2d 755, cert denied 469 US 932), we conclude that the verdict was supported by legally sufficient evidence and was not against the weight of the evidence (see, People v Bleakley, 69 NY2d 490, 495). We note also that County Court did not err in denying defendant's motion for a severance (see, People v Padilla, 181 AD2d 1051, lv denied 79 NY2d 1052). (Appeal from Judgment of Monroe County Court, Maloy, J.—Criminal Sale Controlled Substance, 1st Degree.) Present—Callahan, J. P., Boomer, Pine, Fallon and Doerr, JJ.